895 P.2d 1194

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

State v. Ching ..................................... 16297    4/20/95    Affirmed